1 | BRUCE A. KILDAY, ESQ., SB No. 066415
   Email: bkilday@akk-law.com
2 | AMIE McTAVISH, ESQ., SB No. 242372
   Email: amctavish@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants JUSTIN BAUER and LAWRENCE WIGHT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO REYES and STELLA REYES, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH OSBORNE, et al., <br><br> Defendants. | Case No.: 2:15-cv-00932-JAM-CKD <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RAMIRO REYES and STELLA REYES, and Defendants JUSTIN BAUER, LAWRENCE WIGHT, JOSEPH OSBORNE, WILLIAM SCHOENLEBER, and TERESA WENTLAND, by and through their undersigned counsel, that all of the claims by Plaintiffs RAMIRO REYES and STELLA REYES alleged against Defendant JUSTIN BAUER be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

  Dated: April 14, 2016                             ANGELO, KILDAY & KILDUFF, LLP

                                                        */s/ Amie McTavish*
                                       By:_____
                                          AMIE MCTAVISH
                                          Attorneys for Defendants JUSTIN
                                          BAUER and LAWRENCE WIGHT

| | |
|---|---|
| Dated: April 8, 2016 | LAW OFFICES OF FRED SCHMID |
| | */s/ Fred S. Schmid*<br>(as authorized on 4/8/16)<br>By:_____<br>FRED STEPHEN SCHMID<br>Attorneys for Plaintiffs RAMIRO REYES and STELLA REYES |
| Dated: April 13, 2016 | BATES, WINTER & MISTRETTA, LLP |
| | */s/ Mark A. Bates*<br>(as authorized on 4/13/16)<br>By:_____<br>MARK A. BATES<br>Attorneys for Defendants JOSEPH OSBORNE and WILLIAM SCHOENLEBER |
| Dated: April 12, 2016 | LEWIS BRISBOIS BISGARRD & SMITH |
| | */s/ Joseph A. Salazar, Jr.*<br>(as authorized on 4/12/16)<br>By:_____<br>JOSEPH A. SALAZAR, JR.<br>Attorneys for Defendant TERESA WENTLAND |

**ORDER**

It is so order.

Dated: 4/14/2016        /s/ John A. Mendez
                        UNITED STATES DISTRICT JUDGE