**FILED**

AUG 2 3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  **MARK A. BATES, STATE BAR NO. 131395**
   Email: mbates@bwmlawgroup.com
2  **CRAIG J. ROLFE, STATE BAR NO. 256319**
   Email: crolfe@bwmlawgroup.com
3  **DAVID E. ERICKSON, STATE BAR NO. 88636**
   Email: derickson@bwmlawgroup.com
4  **BATES WINTER & MISTRETTA LLP**
   925 Highland Pointe Drive, Suite 380
5  Roseville, CA 95678
   Telephone:  (916) 789-7080
6  Facsimile:  (916) 789-7090

7

8  Attorneys for Defendants
   JOSEPH OSBORNE, individually and as Administrator
9  of the ESTATE OF PEGGY JEAN OSBORNE; and
   WILLIAM SCHOENLEBER

10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA
                    SACRAMENTO DIVISION
13

14  RAMIRO REYES AND STELLA REYES,        )  Case No. 2:15-CV-00932-JAM-CKD
                                          )  Hon. John A. Mendez (JAM)
15            Plaintiffs,                  )
                                          )  [PROPOSED] **ORDER FOR**
16  v.                                     )  **DETERMINATION OF GOOD FAITH**
                                          )  **SETTLEMENT**
17  JOSEPH OSBORNE, individually and as    )
    Administrator of the ESTATE OF PEGGY   )
18  JEAN OSBORNE, WILLIAM                   )
    SCHOENLEBER, STOCKTON POLICE           )
19  OFFICERS WENTLAND, BAUER, AND          )
    WIGHT,                                  )  **TRIAL DATE:  December 5, 2016**
20                                          )
              Defendants.                   )  Complaint Filed: April 29, 2015
21  _____)

22

23       Plaintiffs RAMIRO REYES and STELLA REYES have each settled with defendants

24  JOSEPH OSBORNE, individually and as Administrator of the ESTATE OF PEGGY JEAN

25  OSBORNE, and WILLIAM SHOENLEBER, under the following basis, terms and amount of

26  settlement:

27       "The settling parties wish to resolve all issues arising out of plaintiffs' tenancy at
         732 Hemlock Street, Stockton, California, which are the subject of this action
28       brought in U.S. District Court and in the separate action filed in San Joaquin

1  County Superior Court, entitled *Reyes v. Osborne, et al.*, Case No. STK-CV-
2  UNPI-2016-6959.  In consideration for the amounts to be paid in settlement by
   defendants' insurer, plaintiffs will execute a release of all claims and dismiss the
   two aforementioned lawsuits, with prejudice.  The amounts to be paid are the
3  sum of $15,000.00 to each plaintiff, a total of $30,000.00."

4      Notice of Settlement has been given to this court and to each party of record together
5  with an application for determination of good faith settlement by certified mail, return receipt
6  requested, and proof of service has been filed with the court.  In the absence of any motion
7  brought by any party contesting the good faith of the proposed settlement within 25 days of the
8  mailing of the notice, application and proposed order, or within 20 days of personal service,
9  and good cause appearing:

10     IT IS HEREBY ORDERED that the settlement between the Plaintiffs RAMIRO
11  REYES and STELLA REYES and Defendants JOSEPH OSBORNE, individually and as
12  Administrator of the ESTATE OF PEGGY JEAN OSBORNE, and WILLIAM
13  SHOENLEBER, is deemed to be a "good faith" settlement within the meaning of California
14  Code of Civil Procedure Section 877.6.

15     IT IS FURTHER ORDERED that, pursuant to the provisions of California Code of
16  Civil Procedure Section 877.6.(c), Defendants Stockton Police Officers Teresa Wentland,
17  Justin Bauer, and Lawrence Wight, and any other alleged joint tortfeasor or co-obligor, are
18  barred from filing any claims against JOSEPH OSBORNE, individually and as Administrator
19  of the ESTATE OF PEGGY JEAN OSBORNE, and WILLIAM SHOENLEBER, and other
20  affiliates released by the subject "Global Release Of All Claims As To Released Parties" for
21  equitable comparative contribution, or partial or comparative indemnity, based on comparative
22  negligence or comparative fault.

23  IT IS SO ORDERED.

24  Dated: ___8- 23___ , 2016

25                                          John A. Mendez
26                                          United States District Judge

27

28