Frear Stephen Schmid, CSB No. 96089
Attorney at Law
177 Post Street, Suite 550
San Francisco, CA 94108
Telephone: 415-788-5957
Facsimile: 415-788-5958

Attorney for Plaintiffs RAMIRO REYES and STELLA REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RAMIRO REYES and STELLA REYES, | ) Case No.: 2:15-cv-00932-JAM-CKD |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| JOSEPH OSBORNE, et al., | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RAMIRO REYES and STELLA REYES, and Defendants LAWRENCE WIGHT, JOSEPH OSBORNE, WILLIAM SCHOENLEBER, and TERESA WENTLAND, by and through their undersigned counsel, that all of the claims by Plaintiffs RAMIRO REYES and STELLA REYES alleged against Defendants JOSEPH OSBORNE and WILLIAM SCHLOENLEBER be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) and/or 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

Dated:  September 26, 2016             ANGELO, KILDAY & KILDUFF, LLP

                                        By:  /s/ *Amie McTavish*
                                           (as authorized on 9/26/16)
                                        AMIE MCTAVISH
                                        Attorneys for Defendant LAWRENCE
                                        WIGHT

1  Dated: September 26, 2016                    /s/ *Frear Stephen Schmid*
2                                               FREAR STEPHEN SCHMID
                                                Attorneys for Plaintiffs RAMIRO
3                                               REYES and STELLA REYES

4
5  Dated: September 26, 2016                    BATES, WINTER & MISTRETTA, LLP

6                                               By:  /s/ *Mark A. Bates*
                                                     (as authorized on 9/26/16)
7                                               MARK A. BATES
                                                Attorneys for Defendants JOSEPH
8                                               OSBORNE and WILLIAM
9                                               SCHOENLEBER

10

11  Dated: September 26, 2016                   LEWIS BRISBOIS BISGARRD & SMITH

12                                              By:  /s/ *Joseph A. Salazar, Jr.*
                                                     (as authorized on 9/26/16)
13                                              JOSEPH A. SALAZAR, JR.
                                                Attorneys for Defendant TERESA
14                                              WENTLAND

15

16                                         **ORDER**

17  It is so ordered.

18  Dated: 9/26/2016                            /s/ John A. Mendez
                                                UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [proposed] ORDER

**DECLARATION OF SERVICE**

*Re:*   *Reyes v. Osborne, et al.*
United States District Court Case No.: 2:15-CV-00932-JAM-CKD

The undersigned declares:

I am employed in the County of Placer, California. I am over the age of 18 years and not a party to the within action; my business address is 925 Highland Pointe Drive, Suite 380, Roseville, California, 95678.

On September 26, 2016, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE AND (proposed] ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Attorney for Plaintiffs Ramiro Reyes and Stella Reyes
Frear Stephen Schmid, Esq.
177 Post Street, Suite 550
San Francisco, CA 94108
T: 415-788-5957 / F: 415-788-5958
Email: frearschmid@aol.com

Attorney for Defendant Stockton Police Officer Teresa Wentland
Joseph A. Salazar, Jr., Esq.
Lewis Brisbois Bisgaard & Smith LLP
2020 West El Camino Avenue, Suite 700
Sacramento, CA 95833
T: 916-646-8201 / F: 916-564-5444
Email: Joe.salazar@lewisbrisbois.com

Attorney for Defendant Stockton Police Officer Lawrence Wight
Bruce A. Kilday, Esq.
Amie McTavish, Esq.
Angelo Kilday & Kilduff
601 University Ave., Suite 150
Sacramento, CA 95825
T: 916-564-6100 / F: 916-564-6263
Email: bkilday@akk-law.com;
Email: amctavish@akk-law.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Roseville, California on September  26 , 2016.

Brynn Perciful