| | |
|---|---|
| 1 | DANA A. SUNTAG, State Bar Number: 125127 |
| 2 | JOSHUA J. STEVENS, State Bar Number: 238105<br>HERUM\CRABTREE\SUNTAG |
| 3 | *A California Professional Corporation*<br>5757 Pacific Avenue, Suite 222 |
| 4 | Stockton, California 95207<br>Telephone: (209) 472-7700 |
| 5 | Facsimile: (209) 472-7986<br>dsuntag@herumcrabtree.com |
| 6 | jstevens@herumcrabtree.com |
| 7 | Attorneys for Defendant<br>TERESA WENTLAND |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO REYES, et al,<br><br>      Plaintiffs,<br>  v.<br><br>JOSEPH OSBORNE, et al.,<br><br>      Defendants. | Case No.: 2:15-CV-00932-JAM-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>**[no hearing required]** |

1

STIPULATION AND ORDER FOR DISMISSAL

IT IS STIPULATED AND AGREED, by and between Plaintiffs and the only remaining Defendant to this action, Teresa Wentland, through their undersigned counsel of record, that this entire action be dismissed with prejudice, each party to bear his/her/its own fees and costs, including without limitation attorneys' fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: August 11, 2017  HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*

By: ____*/s/ Dana A. Suntag*____
DANA A. SUNTAG
Attorneys for All Defendants

Dated: August 14, 2017  LAW OFFICES OF CHE L. HASHIM

By: ____*/s/ Frear Stephen Schmid*____
FREAR STEPHEN SCHMID
Attorneys for All Plaintiffs

O R D E R

IT IS SO ORDERED.

Dated: 8/15/17

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE



2

STIPULATION AND ORDER FOR DISMISSAL